UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KINGVISION PAY-PER-VIEW, LTD.,
as Broadcast Licensee of the October 2, 2004
Trinidad/Mayorga Program,

                                Plaintiff,

**ORDER**

-against-

05 CV 0614 (RJD)(JMA)

CARMEN BATISTA, et al.,

                                Defendants.
------------------------------------------------------------X
DEARIE, District Judge.

       Plaintiff seeks damages, attorney's fees and costs against defendants Carmen Batista and Francesca Duran, individually and as officers, directors, shareholders, and/or principals of 3175 Fulton Restaurant Corp. d/b/a El Gran Mar De Plata and 3175 Fulton Restaurant Corp. d/b/a El Gran Mar De Plata.

       By Order dated August 26, 2005, the Court referred this matter to Magistrate Judge Joan M. Azrack for report and recommendation. Judge Azrack recommended that a judgment be entered against defendants, jointly and severally, in the amount of $9,500 in statutory damages, plus a $20,000 increase for the willful violation of the statute, as well as $2,090 for attorney's fees and costs, for a total damages award of $31,590. Judge Azrack also recommended that plaintiff's request for a permanent injunction be granted.

No objections were filed. Accordingly, the Court adopts Judge Azrack's Report and Recommendation in all respects without qualification.

SO ORDERED.

Dated: Brooklyn, New York
November 8, 2005

s/ Judge Raymond J. Dearie

_____
RAYMOND J. DEARIE
United States District Judge